| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS |

(2/28/11) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, Law DIVISION

Kevin Keller

(Name all parties)

v.

Stevens Transport, Inc. and Ryder Peterson

No. _____

Please Serve: Stevens Transport, Inc.

c/o Secretary of State Jesse White

Springfield, IL 62756

### ● SUMMONS ○ ALIAS SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

● Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

○ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

○ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

○ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

○ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

○ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60428

○ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 38836
Name: Haynes, Studnicka, Kahan & Poulakidas, LLC
Atty. for: Third-Party Plaintiff
Address: 200 W. Adams, Suite 2175
City/State/Zip: Chicago, Illinois 60606
Telephone: 312-332-6644

WITNESS, DOROTHY BROWN
CLERK OF CIRCUIT COURT

**EXHIBIT 2**

Service by Facsimile Transmission will be accepted at: 312-332-6655
(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| **SUMMONS** | **ALIAS - SUMMONS** |

(2/28/11) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, Law DIVISION

No. _____

Kevin Keller

(Name all parties)

v.

Stevens Transport, Inc. and Ryder Peterson

Please Serve: Ryder Peterson

c/o Secretary of State Jesse White

Springfield, IL 62756

### ⦿ SUMMONS  ◯ ALIAS SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

- ⦿ Richard J. Daley Center, 50 W. Washington, Room **801**, Chicago, Illinois 60602
- ◯ District 2 - Skokie
  5600 Old Orchard Rd.
  Skokie, IL 60077
- ◯ District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008
- ◯ District 4 - Maywood
  1500 Maybrook Ave.
  Maywood, IL 60153
- ◯ District 5 - Bridgeview
  10220 S. 76th Ave.
  Bridgeview, IL 60455
- ◯ District 6 - Markham
  16501 S. Kedzie Pkwy.
  Markham, IL 60428
- ◯ Child Support
  28 North Clark St., Room 200
  Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 38836
Name: Haynes, Studnicka, Kahan & Poulakidas, LLC
Atty. for: Third-Party Plaintiff
Address: 200 W. Adams, Suite 2175
City/State/Zip: Chicago, Illinois 60606
Telephone: 312-332-6644

WITNESS _____, _____
DOROTHY BROWN
CLERK OF CIRCUIT COURT

JESSE WHITE
SECRETARY OF STATE
APR 07 2016

Clerk of Court  MAR 3 1 2016

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: 312-332-6655
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**



# OFFICE OF THE SECRETARY OF STATE

JESSE WHITE • Secretary of State

April 07, 2016

Haynes, Studnicka, Kahan & Poulakidas
200 West Adams Street, Suite 2175
Chicago, IL 60606

Dear Sir or Madam:

Copies of Summons(es), Complaint(s) at Law, and Affidavit(s) of Compliance with proper fee(s) have been received on the following:

**Kevin Keller v. Stevens Transport, Inc, #16 L 3256, Fee $5.00**

Filing and Service have been accepted on 4/7/2016 in compliance with the provisions of 625 ILCS 5/10-301 or provisions of 735 ILCS 5/2-203.1 as applicable.

Sincerely,

*Jesse White*

Jesse White
Secretary of State

**ALL INQUIRIES CALL:**
(217) 785-3094
Office of the General Counsel
Room 298, Howlett Building
Springfield, Illinois 62756

JW:tf
Enclosure



# OFFICE OF THE SECRETARY OF STATE

JESSE WHITE • Secretary of State

April 07, 2016

2656.1-7

White do ans due 5/6

Haynes, Studnicka, Kahan & Poulakidas
200 West Adams Street, Suite 2175
Chicago, IL 60606

2016 APR 13 PM 2:11
CLERK OF THE CIRCUIT COURT
LAW DIVISION
DOROTHY BROWN CLERK

Dear Sir or Madam:

Copies of Summons(es), Complaint(s) at Law, and Affidavit(s) of Compliance with proper fee(s) have been received on the following:

**Kevin Keller v. Ryder Peterson, #16 L 3256, Fee $5.00**

Filing and Service have been accepted on 4/7/2016 in compliance with the provisions of 625 ILCS 5/10-301 or provisions of 735 ILCS 5/2-203.1 as applicable.

Sincerely,

*Jesse White*

Jesse White
Secretary of State

**ALL INQUIRIES CALL:**
(217) 785-3094
Office of the General Counsel
Room 298, Howlett Building
Springfield, Illinois 62756

JW:tf
Enclosure

100 W. Randolph St., Ste. 5-400
James R. Thompson Center
Chicago, IL 60601
(312) 814-2262